# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GABRIEL JACOBO-ROSAS,

    Plaintiff,

v.                                                          No. CV 21-790 JCH/CG

U.S. PUBLIC DEFENDERS OFFICE,

    Defendant.

## ORDER TO CURE DEFICIENCY

This matter comes before the Court on Mr. Jacobo-Rosas's Civil Letter-Complaint, (Doc. 1). He seeks damages based on, inter alia, racketeering and fraud. The filing is deficient because Mr. Jacobo-Rosas failed to prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with a six-month account statement. *See* 28 U.S.C. § 1915(a)(2). Mr. Jacobo-Rosas must cure this deficiency by no later than **September 22, 2021**. All filings must include the case number (21-cv-0790 JCH-CG). The failure to timely comply with this Order will result in dismissal of the case without further notice.

**IT IS ORDERED** that by no later than **September 22, 2021**, Mr. Jacobo-Rosas must prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with an inmate account statement reflecting transactions between **February 19, 2021, and August 19, 2021**.

**IT IS FURTHER ORDERED** that the Clerk's Office shall mail Mr. Jacobo-Rosas a blank *in forma pauperis* motion.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE