IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GABRIEL JACOBO-ROSAS,

    Plaintiff,

v.                                      No. CV 21-790 JCH/CG

U.S. PUBLIC DEFENDERS OFFICE,

    Defendant.

## SECOND ORDER TO CURE DEFICIENCY

This matter is before the Court on Mr. Jacobo-Rosas's Motion to Proceed *In Forma Pauperis*, (Doc. 3), filed August 27, 2021. The Court cannot rule on the Motion because it does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(b)(1). By **October 20, 2021**, Mr. Jacobo-Rosas shall submit an inmate account statement reflecting transactions between February 19, 2021 and August 19, 2021. If Mr. Jacobo-Rosas has not been detained for six months, he must submit a statement reflecting transactions between the date of his arrest/detention and August 19, 2021, when he filed the case. The failure to timely comply with this Order will result in dismissal of this action without prejudice.

    **IT IS ORDERED** that by **October 20, 2021**, Mr. Jacobo-Rosas shall file a certified inmate account as set forth above.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE